| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) STEWART, JANICE M. | 2. Court or Organization DISTRICT COURT - OREGON | 3. Date of Report 04/29/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US MAGISTRATE JUDGE (FULL-TIME) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

1107 US COURTHOUSE
1000 SW THIRD AVE
PORTLAND, OR 97204

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PARTNER1 | RAINCLOUD PARTNERSHIP |
| 2. | MEMBER | LOGAN C. STEWART, LLC (fomerly Raincloud Tree Farm, LLC) |
| 3. | DIRECTOR | NORTHWEST NEIGHBORHOOD CULTURAL CENTER |
| 4. | MEMBER | 5625 SE GLADSTONE, LLC |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/2012 | McEWEN & GISVOLD, LLP - PAYMENTS DUE FROM WORK PERFORMED PRIOR TO 12/3/10 RETIREMENT |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US BANK | GUARANTY FOR MORTGAGE HELD BY 5625 SE GLADSTONE, LLC (Part VII, line 189 ) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT # 1: | | | | | | | | | |
| 2. -APPLE | A | Dividend | K | T | Buy | 7/25/12 | K | | |
| 3. -AGILENT TECHNOLOGIES | | | | | Sold | 12/6/12 | J | B | |
| 4. -BP AMOCO PLC ADS | A | Dividend | J | T | | | | | |
| 5. -BRISTOL MYERS SQUIBB | B | Dividend | K | T | | | | | |
| 6. -CISCO SYS INC. | A | Dividend | | | Sold | 7/25/12 | K | A | |
| 7. -FIRST TRUST LARGE CAP GROWTH | A | Dividend | | | Sold | 7/30/12 | J | A | |
| 8. -FIRST TRUST LARGE CAP VALUE | A | Dividend | | | Sold | 7/30/12 | K | A | |
| 9. -FRONTIER COMMUNICATIONS CORP | A | Dividend | | | Sold | 10/9/12 | J | A | |
| 10. -GENERAL ELECTRIC CO. | A | Dividend | | | Sold | 10/9/12 | J | D | |
| 11. -GOLDMAN SACHS | B | Dividend | M | T | | | | | |
| 12. -HEWLETT PACKARD | A | Dividend | | | Sold | 10/9/12 | K | A | |
| 13. INTEL CORP. | D | Dividend | M | T | | | | | |
| 14. -IBM | A | Dividend | K | T | | | | | |
| 15. -ISHARES FUNDS MSCI EAFE FUND | A | Dividend | | | Sold | 10/9/12 | J | A | |
| 16. -ISHARES RUSSELL 2000 GROWTH FUND | A | Dividend | | | Sold | 10/9/12 | J | A | |
| 17. -ISHARES RUSSELL 2000 INDEX FUND | A | Dividend | | | Sold | 10/9/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -ISHARES RUSSELL 2000 VALUE FUND | A | Dividend | | | Sold | 10/9/12 | J | A | |
| 19. -ISHARES RUSSELL MIDCAP GROWTH FUND | A | Dividend | | | Sold | 10/9/12 | J | A | |
| 20. -ISHARES RUSSELL MIDCAP INDEX FUND | A | Dividend | | | Sold | 10/9/12 | J | A | |
| 21. -ISHARES RUSSELL MIDCAP VALUE FUND | A | Dividend | | | Sold | 10/9/12 | J | A | |
| 22. -ISHARES S&P 500 GROWTH INDEX FUND | A | Dividend | | | Sold | 10/9/12 | J | B | |
| 23. -MEDCO HEALTH SOLUTIONS, INC. | | | | | Sold | 4/3/12 | J | C | |
| 24. -MERCK & CO | C | Dividend | M | T | | | | | |
| 25. -MICROSOFT | D | Dividend | M | T | | | | | |
| 26. -MOTOROLA MOBILITY HOLDINGS | | None | | | Sold | 3/5/12 | J | A | |
| 27. -MOTOROLA SOLUTIONS | A | Dividend | | | Sold | 3/5/12 | J | A | |
| 28. -POWERSHARES FTSE | A | Dividend | | | Sold | 10/9/12 | K | A | |
| 29. -SAFEWAY INC COM NEW | B | Dividend | K | T | | | | | |
| 30. -SPDR TRUST | C | Dividend | M | T | Buy (add'l) | 8/27/12 | J | | |
| 31. | | | | | Buy (add'l) | 10/9/12 | M | | |
| 32. -US TREASURY BOND | C | Interest | L | T | | | | | |
| 33. -VERIZON COMMUNICATIONS | A | Dividend | | | Sold | 7/25/12 | J | D | |
| 34. -WISDOMTREE DIEFA FUNDS | B | Dividend | | | Sold | 7/30/12 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -WISDOMTREE INT'L HEDGED EQUITY FUND | A | Dividend | | | Sold | 7/30/12 | J | A | |
| 36. -WISDOMTREE EMERGING MARKETS SMALL CAP DIVIDEND FUND | A | Dividend | | | Sold | 7/30/12 | J | A | |
| 37. -WISDOMTREE EMERGING MARKETS EQUITY INCOME FUND | A | Dividend | | | Sold | 7/30/12 | J | A | |
| 38. -OR HIGHER ED BOND | | None | | | Redeemed | 8/1/12 | K | A | |
| 39. -MS ACTIVE ASSETS TAX FR TRUST | A | Dividend | N | T | | | | | |
| 40. -TEMPLETON GROWTH FUND A | B | Dividend | | | Sold (part) | 3/5/12 | L | A | |
| 41. | | | | | Sold | 8/27/12 | J | A | |
| 42. -MS FOCUS GROWTH FUNDS | | None | | | Sold | 11/27/12 | N | G | |
| 43. -VANGUARD S&P 500 | D | Dividend | N | T | Buy | 7/30/12 | M | | |
| 44. | | | | | Buy (add'l) | 12/6/12 | M | | |
| 45. NEW ALTERNATIVES FUND, INC. | A | Dividend | J | T | | | | | |
| 46. FIDELITY MAGELLAN | A | Dividend | | | Sold | 1/1/12 | M | A | |
| 47. FIDELITY DISCIPLINED EQUITY | A | Dividend | | | Sold (part) | 6/9/12 | L | C | |
| 48. | | | | | Sold (part) | 7/27/12 | M | D | |
| 49. | | | | | Sold | 12/6/12 | K | C | |
| 50. T ROWE PRICE NEW AMERICA | B | Dividend | | | Sold | 12/6/12 | L | E | |
| 51. IRA ACCOUNT # 2: | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -ISHARES S&P 500 INDEX | | | | | | | | | |
| 53. -VANGUARD TAX MANAGED FD EUROPE PACIFIC | | | | | Sold | 6/22/12 | K | A | |
| 54. -VANGUARD EMERGING MARKETS VIPERS | | | | | Sold | 6/22/12 | K | A | |
| 55. -VANGUARD INT'L EQUITY INDEX FDS MSCI | | | | | Buy | 06/19/12 | K | | |
| 56. -VANGUARD INDEX MID CAP | | | | | Buy (add'l) | 06/19/12 | K | | |
| 57. -VANGUARD INDEX SMALL CAP | | | | | | | | | |
| 58. -FIDELITY NEW MARKETS INCOME | | | | | Buy (add'l) | 4/7/12 | J | | |
| 59. -FIDELITY STRATEGIC INCOME | | | | | | | | | |
| 60. -FDIC INSURED DEPOSIT at Fifth Third Bank | | | | | | | | | |
| 61. SPOUSE IRA # 1 (see attached for details): | D | Dividend | N | T | | | | | |
| 62. SPOUSE IRA # 2 (see attached for details): | D | Dividend | O | T | | | | | |
| 63. SPOUSE IRA # 3: | D | Dividend | O | T | | | | | |
| 64. -SPDR TRUST SERIES 1 | | | | | Buy (add'l) | 10/11/12 | J | | |
| 65. SPOUSE IRA # 4: | A | Dividend | L | T | | | | | |
| 66. -MCEWEN GISVOLD LLP 401K | | | | | | | | | |
| 67. SPOUSE FAMILY TRUST # 1: | D | Int./Div. | N | T | | | | | |
| 68. -ML BANK (formerly MTB TREASURY) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -US TREASURY BONDS | | | | | | | | | |
| 70. -AT&T INC. | | | | | | | | | |
| 71. -ALCATEL-LUCENT. | | | | | | | | | |
| 72. -COMCAST CORP. | | | | | | | | | |
| 73. -EXELON CORP (Spinoff from CONSTELLATION ENERGY GROUP) | | | | | | | | | |
| 74. -EXXON MOBIL CORP. | | | | | | | | | |
| 75. -FAIRPOINT COMMUNICATIONS, INC. | | | | | | | | | |
| 76. -FRONTIER COMMUNICATIONS, INC. | | | | | | | | | |
| 77. -IMATION CORP. | | | | | | | | | |
| 78. -3M COMPANY | | | | | | | | | |
| 79. -PITNEY BOWES | | | | | | | | | |
| 80. -PFIZER | | | | | | | | | |
| 81. -VANGUARD SHORT TERM INV GRADE | | | | | Buy | 4/21/12 | J | | |
| 82. -VERIZON COMMUNICATIONS | | | | | | | | | |
| 83. SPOUSE FAMILY TRUST # 2: | F | Int./Div. | P1 | T | | | | | |
| 84. -ML BANK (formerlyM&T BANK MTB TREASURY) | | | | | | | | | |
| 85. -US TREASURY BONDS AND NOTES | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ALCOA, INC. | | | | | | | | | |
| 87. -BP AMOCO PLC | | | | | | | | | |
| 88. -DOW CHEMICAL CO. | | | | | | | | | |
| 89. -DUPONT E I DE NEMOURS & CO. | | | | | | | | | |
| 90. -FAIRPOINT COMMUNICATIONS, INC. | | | | | | | | | |
| 91. -FORD MOTOR | | | | | | | | | |
| 92. -FRONTIER COMMUNICATIONS, INC., | | | | | | | | | |
| 93. -GENERAL ELECTRIC CO. | | | | | | | | | |
| 94. -IBM | | | | | | | | | |
| 95. -JP MORGAN CHASE & CO. | | | | | | | | | |
| 96. -MBIA, INC. | | | | | | | | | |
| 97. -MERCK & CO, INC. | | | | | | | | | |
| 98. -MONTPELIER RE HOLDINGS | | | | | | | | | |
| 99. -3M COMPANY | | | | | | | | | |
| 100. -PFIZER | | | | | | | | | |
| 101. -PROCTOR & GAMBLE CO. | | | | | | | | | |
| 102. -VANGUAD SMALL CAP FUND | | | | | Buy | 10/5/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -VANGUARD MID CAP FUND | | | | | Buy | 9/4/12 | K | | |
| 104. -VAN KAMPEN UNIT TRUST | | | | | | | | | |
| 105. -VERIZON COMMUNICATIONS | | | | | | | | | |
| 106. -WELLS FARGO & CO NEW | | | | | | | | | |
| 107. -HILLCORP (formerly AMOCO) ROYALTY INTEREST | | Royalty | | W | | | | | |
| 108. SPOUSE FAMILY TRUST # 3: | F | Int./Div. | P1 | T | | | | | |
| 109. -US TREASURY BILLS | | | | | | | | | |
| 110. -ML BANK (formerly MTB TREASURY) | | | | | | | | | |
| 111. -US TREASURY BONDS | | | | | | | | | |
| 112. -AT&T INC | | | | | | | | | |
| 113. -ALCOA INC. | | | | | | | | | |
| 114. -SECTOR SPDR UTILITIES SELECT SECTOR | | | | | | | | | |
| 115. -CITIGROUP, INC. | | | | | | | | | |
| 116. -COCA COLA CO. | | | | | | | | | |
| 117. -COFFEE CO XPN (Spinoff from SARA LEE/HILLSHIRE BRANDS) | | | | | Spinoff (from line 125) | 6/29/12 | J | | |
| 118. -COLGATE-PALMOLIVE CO. | | | | | | | | | |
| 119. -DEMASTER BLENDERS 1753 (Spinoff from SARA LEE/HILLSHIRE ) | | | | | Spinoff (from line 125) | 7/9/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -DOW CHEMICAL CO. | | | | | | | | | |
| 121. -EXPRESS SCRIPTS HOLDING (formerly MEDCO HEALTH SOLUTIONS) | | | | | | | | | |
| 122. -EXXON MOBILE CORP. | | | | | | | | | |
| 123. -GENERAL ELECTRIC CO. | | | | | | | | | |
| 124. -HANES BRANDS INC. | | | | | | | | | |
| 125. -HILLSHIRE BRANDS CO (formerly SARA LEE) | | | | | | | | | |
| 126. -IBM | | | | | | | | | |
| 127. -INTEL CORP. | | | | | | | | | |
| 128. -ISHARES MSCI PACIFIC | | | | | Buy | 4/28/12 | J | | |
| 129. -ISHARES TR BARCLYS | | | | | Sold | 11/28/12 | K | A | |
| 130. -ISHARES TR DJ SEL DIV INX | | | | | | | | | |
| 131. -ISHARES iBOXX$ | | | | | | | | | |
| 132. -JP MORGAN CHASE & CO | | | | | | | | | |
| 133. -MERCK & CO., INC. | | | | | | | | | |
| 134. -MICROSOFT CORP. | | | | | | | | | |
| 135. -PFIZER INC. | | | | | | | | | |
| 136. -PLUM CREEK TIMBER CO. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -PROCTOR & GAMBLE CO. | | | | | | | | | |
| 138. -TECK RESOURCES LTD | | | | | | | | | |
| 139. -TRAVELERS COS. INC. | | | | | | | | | |
| 140. -UNION PAC CORP. | | | | | | | | | |
| 141. -VANGUARD SMALL CAP FUND | | | | | Buy | 9/5/12 | J | | |
| 142. -VANGUARD MID CAP FUND | | | | | Buy | 9/5/12 | J | | |
| 143. -VAN KAMPEN UNIT TRUST | | | | | Buy | 8/29/12 | J | | |
| 144. SPOUSE FAMILY TRUST #4 | E | Int./Div. | O | T | | | | | |
| 145. -ML BANK DEPOSIT PROGRAM | | | | | | | | | |
| 146. -US TREASURY NOTES | | Interest | | | | | | | |
| 147. -US TREASURY BONDS | | Interest | | | | | | | |
| 148. -VANGUARD SMALL CAP FUND | | | | | Buy | 5/4/12 | J | | |
| 149. -VANGUARD MID CAP FUND | | | | | Buy | 5/4/12 | J | | |
| 150. -VAN KAMPEN UNIT TRUST | | | | | | | | | |
| 151. SPOUSE FAMILY TRUST #5 (X): | F | Int./Div. | P1 | T | | | | | |
| 152. -ML BANK | | | | | | | | | |
| 153. -AMN ELEC POWER CO. | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -BRISTOL MYERS SQUIBB CO. | | | | | | | | | |
| 155. -CVS CAREMARK CORP. | | | | | | | | | |
| 156. -GENERAL ELECTRIC | | | | | | | | | |
| 157. -IBM | | | | | | | | | |
| 158. -INT'L PAPER CO. | | | | | | | | | |
| 159. -J.M. SMUCKER CO . | | | | | | | | | |
| 160. -PEPSICO, INC. | | | | | | | | | |
| 161. -PROCTOR & GAMBLE CO. | | | | | | | | | |
| 162. -US TREASURY BONDS | | | | | | | | | |
| 163. -VAN KAMPEN UNIT TR. | | | | | | | | | |
| 164. -VANGUARD 500 INDEX FUND | | | | | | | | | |
| 165. -VANGUAARD INTERIM TERM TREAS'Y | | | | | | | | | |
| 166. -VANGUARD TOTAL STK MKT | | | | | Buy | 12/19/12 | M | | |
| 167. -WASHINGTON SUBN SAN. DIST. | | | | | | | | | |
| 168. -YUM BRANDS, INC. | | | | | | | | | |
| 169. -ZIMMER HOLDINGS, INC. | | | | | | | | | |
| 170. KEY BANK OF OREGON | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.   CHILDREN'S TRUST # 1: | D | Dividend | O | T | | | | | |
| 172.   -TEMPLETON GROWTH FUND A | | | | | Sold | 8/30/12 | L | A | |
| 173.   -MORGAN STANLEY BANK | | | | | | | | | |
| 174.   -JP MORGAN CHASE & CO. | | | | | | | | | |
| 175.   -KELLOGG CO. | | | | | | | | | |
| 176.   -KIMBERLY CLARK CORP. | | | | | | | | | |
| 177.   -SONY CORP. | | | | | Buy | 1/20/12 | J | | |
| 178.   -SPDR TRUST | | | | | | | | | |
| 179.   -TRAVELERS COS. INC. | | | | | | | | | |
| 180.   -VANGUARD 500 INDEX | | | | | | | | | |
| 181.   -VANGUARD MEGA CAP 300 GROWTH | | | | | Buy | 8/27/12 | M | | |
| 182.   CHILDREN'S TRUST # 2: | B | Dividend | L | T | | | | | |
| 183.   -ALASKA AIR GROUP | | | | | | | | | |
| 184.   -NIKE INC. | | | | | | | | | |
| 185.   -SCHWAB MONEY MARKET FUND | | | | | | | | | |
| 186.   RAINCLOUD TREE FARM | | None | N | Q | | | | | |
| 187.   LOGAN CL STEWART PROPERTY LLC (fka RAINCLOUD TREE FARM, LLC) | | None | K | Q | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. RENTAL PROPERTY # 1, PORTLAND, OR (2006, $380,000) | D | Rent | N | R | | | | | |
| 189. RENTAL PROPERTY #2, PORTLAND, OR (2008, 42.8% int, $132,680) | | None | M | R | | | | | |
| 190. 5625 SE GLADSTONE, LLC | B | Rent | O | R | | | | | |
| 191. PERSONAL LOAN - NOTE RECEIVABLE | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 04/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Line 61: Spouse IRA# 1: See attached summary of transactions.
VII. Line 62: Spouse IRA #2: See attached summary of transactions.

VII. Line 67: Spouse Family Trust #1: Spouse is 1/3 income beneficiary. Trustees are spouse and Thomas A. Allen (Philadelphia, PA).
VII. Line 83: Spouse Family Trust #2: Spouse is sole income beneficiary and became trustee in 1997. Assets include a 1/72 interest in a mineral lease, Point Coupee Parish, LA. The lessee is BP Amoco (fka Chevron). The valuation is an estimate obtained from a valuation on a deceased beneficiary's interest for estate purposes in 1998.
VII. Line 108: Spouse Family Trust #3: Spouse is 1/3 income beneficiary. Trustee is Thomas A. Alllen (Philadelphia, PA).
VII. Lines 117 & 119: Spinoffs from Sara Lee which changed name to Hillshire Brands Co (line 125) 6/29/12.
VII. Line 121: Medco Health Solutions merged into Express Scripts Holding 4/3/12.
VII. Line 144 : Spouse Family Trust #4: Spouse is 1/3 income beneficiary. Trustees are spouse and Thomas A. Allen (Phildelphia, PA).
VII. Line 151: Spouse Familiy Trust #5: Created 4/16/07 from estate of spouse's father. Spouse is 1/3 income beneficiary. Trustees are spouse, Thomas A. Allen (Philadelphis, PA), and Ann Jobling (Louisville, KY). Inadvertently omitted from prior reports.

'

VII. Lines 171 & 182: Children's Trusts: Independent (but not minor) children are beneficiairies and spouse is trustee.

VII. Lines 186 & 187: Raincloud Tree Farm consists of real property (120 acres of timber property and rental houses in Clackamas County, Oregon) previously held in trust. Reporting person holds 1/3 (passive) partnership interest. The value of that interest is estimated based on timber and property appraisals dated 11/9/94 and 1/23/95, as well as updated appraisals in 11/97, 12/98, 12/00, 12/02, and 12/04.

VII. Line 190: 5625 SE Gladstone, LLC, owns rental property located in Portland, Multnomah County, Oregon; purchased 2/3 interest 8/7/2009 for $696,600.
VII. Line 191: Unsecured loan to child and child's spouse.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ JANICE M. STEWART**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**Janice M. Stewart Spouse IRA #1**
**Account #766-031825**

| Security Description | | Income During Reporting Period | | Gross Value at end of Reporting | | | |
|---|---|---|---|---|---|---|---|
| Symbol | Name | (1.) Amt Code 1 (A-H) | (2.) Type (e.g., div., rent, or int.) | (1.) Value Code 2 (J-P) | (2.) Value Method Code 3 (Q-W) | (1.) Type (e.g., buy, sell, redemption) | (2.) Date (mm/dd/yyyy) |
| EEP | ENBRIDGE ENERGY PTNRS | | NONE | | | SELL | 1/20/201 |
| MWE | MARKWEST ENGY PTNRS | A | INTEREST | | | SELL | 2/28/201 |
| CPN | CALPINE CORP NEW | | NONE | | | BUY SELL | 02/13/20 03/29/20 |
| ARCC | ARES CAPITAL CORP | C | DIVIDEND | | | BUY SELL | 01/20/20 03/29/20 |
| NAT | NORDIC AMERICAN TANKERS LTD | C | DIVIDEND | | | BUY SELL | 01/19/20 3/29/201 |
| OKS | ONEOK PARTNERS | B | DIVIDEND | | | BUY SELL | 02/28/20 03/27/20 |
| SDT | SANDRIDGE MISSISSIPPIAN TR I | C | DIVIDEND | | | BUY SELL | 02/22/20 3/22/201 |
| pslv | SPROTT PHYSICAL SILVER TR | | NONE | | | BUY SELL | 01/18/20 01/31/20 |
| PHYS | SPROTT PHYSICAL GOLD | | NONE | | | BUY SELL | 01/31/20 03/22/20 |
| VOO | VANGUARD S&P 500 ETF | D | DIVIDEND | N | T | BUY BUY | 03/29/20 10/11/20 |

Unless otherwise indicated, this information is not intended to be a substitute for the official account statements that you receive from u adjustment, updating and correction and is for illustrative and general reference purposes only. We are not responsible for any clerical We obtain market values and other data from various standard quotation services and other sources, which we believe to be reliable. completeness of any such information. The values that you actually receive in the market for any investment may be higher or lower t discrepancies between your official account statement and this infromation, you should rely on the offical account statement. This info investment decision. Morgan Stanley Smith Barney LLC ('Morgan Stanley') is a registered broker-dealer.

| Security Description | | Income During Reporting Period | | Gross Value at end of Reporting | | | |
|---|---|---|---|---|---|---|---|
| Symbol | Name | (1.) Amt Code 1 (A-H) | (2.) Type (e.g., div., rent, or int.) | (1.) Value Code 2 (J-P) | (2.) Value Method Code 3 (Q-W) | (1.) Type (e.g., buy, sell, redemption) | (2.) D (mm. |
| AIGPX | ALLIANZ AGIC INC & GROWTH | A | Dividend | | | BUY<br>BUY<br>SELL | 1<br>2<br>3 |
| FTC | FIRST TRUST LARGE CAP GROWTH A | A | Dividend | | | SELL | 1 |
| FTA | FIRST TRUST LRG CAP VALUE AL | A | Dividend | | | SELL<br>BUY<br>SELL | 1<br>2<br>3 |
| LQD | ISHARES IBOXX INVEST GR COR FD | A | Dividend | | | BUY<br>SELL | 1<br>2 |
| AGG | ISHARES BARCLAYS AGG. BD FD | A | None | | | BUY<br>SELL | 1<br>2 |
| TIP | ISHRES BARCLAYS TIPS BD FD | A | Dividend | | | SELL<br>SELL | 1<br>2 |
| EEM | ISHARES MSCI EMERGING MKTS FD | A | Dividend | | | SELL | 1 |
| IWO | ISHARES RUSSELL 2000 GROWTH FD | A | Dividend | | | SELL<br>SELL | 1<br>3 |
| IWN | ISHARES RUSSELL 2000 VALUE FD | A | Dividend | | | BUY | 1 |
| IWP | ISHARES RUSSELL MIDCAP G IN FD | A | Dividend | | | BUY<br>SELL | 1<br>3 |
| IWS | ISHARES RUSSELL MIDCAP V IN FD | A | Dividend | | | BUY<br>SELL | 1<br>3 |
| IVW | ISHARES S&P 500 GRWTH INDEX | A | Dividend | | | BUY<br>BUY<br>BUY<br>SELL | 1<br>1<br>2<br>3 |
| PRF | POWERSHARES FTSE RAFI US1000 | A | Dividend | | | SELL | 1 |
| GLD | SPDR GOLD TR GOLD SHS | | NONE | | | SELL | 2 |
| VIG | VANGUARD DIVIDEND APPRECIATION | A | Dividend | | | SELL<br>SELL | 1<br>3 |
| VYM | VANGUARD HIGH DIV YIELD ETF | A | Dividend | | | SELL<br>SELL | 1<br>3 |
| VNQ | VANGUARD REIT ETF | A | Dividend | | | BUY<br>SELL<br>SELL | 2<br>1<br>3 |
| DWM | WISDOM TREE DIEFA | A | Dividend | | | BUY<br>BUY<br>SELL | 1<br>2<br>3 |
| HEDJ | WISDOMTREE INTL HEDGE EQ FD | A | Dividend | | | BUY<br>BUY<br>SELL | 1<br>2<br>3 |
| DEM | WISDOMTREE TRUST EMRG MKT EQT | A | Dividend | | | BUY<br>SELL | 1<br>3 |
| DGS | WISDOMTREE TR EMG MKTS SMCAP | A | Dividend | | | BUY<br>BUY<br>BUY<br>SELL | 1<br>1<br>2<br>3 |
| ADANX | AQR DIVERSIFIED ARBITRAGE N | A | Dividend | | | BUY<br>SELL | 1<br>2 |

| Symbol | Name | | | | | Action | |
|---|---|---|---|---|---|---|---|
| RYMTX | RYDEX/SGI MANAGED FUT STR A | | NONE | | | BUY | 1 |
| | | | | | | SELL | 2 |
| FFRZX | TEMPLETON FRONTIER MKTS ADV | | NONE | | | BUY | 1 |
| | | | | | | BUY | 2 |
| | | | | | | SELL | 3 |
| TFCVX | THIRD AVE FOCUSED CREDIT INV | A | Dividend | | | BUY | 1 |
| | | | | | | SELL | 2 |
| PIMSX | VIRTUS MULTI SECT SHT TRM BD I | A | Dividend | | | BUY | 1 |
| | | | | | | SELL | 2 |
| VAPIX | VIRTUS PREM ALPHASECTOR (SM) I | A | Dividend | | | BUY | 1 |
| | | | | | | SELL | 2 |
| DIA. | SPDR DJIA TRUST | A | Dividend | O | T | BUY | 3 |

*Unless otherwise indicated, this information is not intended to be a substitute for the official account statements that you receive from u adjustment, updating and correction and is for illustrative and general reference purposes only. We are not responsible for any clerical We obtain market values and other data from various standard quotation services and other sources, which we believe to be reliable. completeness of any such information. The values that you actually receive in the market for any investment may be higher or lower th discrepancies between your official account statement and this infromation, you should rely on the offical account statement. This info investment decision. Morgan Stanley Smith Barney LLC ('Morgan Stanley') is a registered broker-dealer.*